United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABDULLAHI ABDULLE MOHAMUD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-019 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Abdullahi Abdulle Mohamud is currently detained by Immigration and Customs Enforcement at the Post Isabel Service Detention Center in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including his immediate release or an order requiring that he be provided with a bond hearing. (Pet., Doc. 1, 25–26)

To the extent that Petitioner requests ex parte injunctive relief, the Court declines to issue such relief. The Court converts the request for injunctive relief into a motion for a preliminary injunction and establishes the briefing schedule below. *See Esparza v. Bd. of Trustees*, 182 F.3d 915 (5th Cir. 1999) (finding no error in the district court's conversion of a motion for a temporary restraining order into a request for a preliminary injunction). Accordingly, it is:

**ORDERED** that by no later than January 30, 2026, the Respondents shall file a response to the Petitioner's request for injunctive relief;

**ORDERED** that by no later than February 6, 2026, the Petitioner may file a reply in support of injunctive relief; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on February 11, 2026.

Petitioner is responsible for serving a copy of this Order upon the Respondents.

Signed on January 16, 2026.

*Fernando Rodriguez, Jr.*
_____
Fernando Rodriguez, Jr.
United States District Judge